PHOTOGRAPH# 1



01/10/2021 10:34:16