INFRINGEMENT# 1

URL: https://www.tobongroup.com/building/trump-tower-i/



12/11/2018 9:06:00 AM